IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RYAN JOSEPH DAGEL, | CV-22-25-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| WARDEN VISSER, SHERIFF SLAUGHTER, UNDERSHERIFF REEVES, LT. GRUBB, IA BROWN, LT. SEMENZA, | |
| Defendants. | |

On April 15, 2022, Plaintiff Ryan Joseph Dagel filed a request to withdraw his Complaint in this matter and reconsider imposition of the filing fee, which the Court construes as a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A). (Doc. 7.) This notice was accepted by the Clerk of Court and the matter will be closed.  In the motion, Plaintiff asked that he not be charged the filing fee.

28 U.S.C. § 1915 requires that a prisoner who brings a civil action in forma pauperis pay the full amount of the filing fee. As Plaintiff was granted leave to proceed in forma pauperis, he must be charged the filing fee.

//

1

Accordingly, **IT IS HEREBY ORDERED:**

1.  Dagel's Motion to Dismiss (Doc. 7) is GRANTED.  This matter is

DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

2.  Plaintiff's Request to not be charged the filing fee is denied.

3.  The Clerk of Court is directed to close this matter.

Dated this 20th day of April, 2022.


*/s/ John Johnston*
John Johnston
United States Magistrate Judge